# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146591

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC:  146591
                                        COA:  306273
                                        Oakland CC:  2011-235401-FH

KOREY BERNELL SHAW,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



                                  Clerk

p0520